Filed 5/5/16 [mod. to counsel listing only]

CERTIFIED FOR PUBLICATION

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FOURTH APPELLATE DISTRICT

DIVISION THREE

| | |
|---|---|
| THE PEOPLE, | |
| Plaintiff and Respondent, | G049785 |
| v. | (Super. Ct. No. M90941) |
| SIDNEY NATHANIEL LANDAU, | ORDER MODIFYING OPINION AND DENYING PETITION FOR REHEARING; NO CHANGE IN JUDGMENT |
| Defendant and Appellant. | |

It is ordered that the opinion filed herein on April 20, 2016, be modified as follows:

1. On page 1, third full paragraph, delete "Kamala D. Harris, Attorney General, Gerald A. Engler, Chief Assistant Attorney General, Julie L. Garland, Assistant Attorney General, Charles C. Ragland, Brendon W. Marshall and Joshua A. Klein, Deputy Attorneys General, for Plaintiff and Respondent" and replace with "Kamala D. Harris, Attorney General, Gerald A. Engler, Chief Assistant Attorney General, Julie L. Garland, Assistant Attorney General, Charles C. Ragland and Brendon W. Marshall, Deputy Attorneys General, and Joshua A. Klein, Deputy State Solicitor General, for Plaintiff and Respondent."

1

This modification does not change the judgment. The petition for rehearing is DENIED.


MOORE, J.

WE CONCUR:


O'LEARY, P. J.


BEDSWORTH, J.